DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PEDRO A. WALTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1086

_____

November 26, 2025

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco,
Judge.

Pedro A. Walton, pro se.

PER CURIAM.

        Affirmed.

KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.